4

United States District Court
Southern District of Texas
ENTERED

JAN 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RUFUS LOPEZ BARELA<br>Petitioner,<br><br>vs.<br><br>State of Texas<br>~~UNITED STATES OF AMERICA~~<br>Respondent. | §<br>§<br>§<br>§   CIVIL CASE NO. 97-089<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before this Court is Petitioner's Post Conviction Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner filed his Post Conviction Writ of Habeas Corpus on April 24, 1997. The State of Texas is hereby ORDERED to respond to Petitioner's Writ of Habeas Corpus on or before **February 8, 1999**.

DONE at Brownsville, Texas, this __8th__ day of January, 1999.

_____

Filemon B. Vela

United States District Judge