5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **RUFUS LOPEZ BARELA** | § | |
| Petitioner, | § | |
| | § | |
| vs. State of Texas | § | CIVIL CASE NO. 97-089 |
| ~~UNITED STATES OF AMERICA~~ | § | |
| Respondent. | § | |

## ORDER

Before this Court is Petitioner's Motion to Preserve Evidence. This Court is of the opinion that the physical evidence in Cause No. 87-CR-54-B (138th District Court of Cameron County, Texas) should be preserved. Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Petitioner's Motion to Preserve Evidence should be and is hereby **GRANTED**.

DONE in Brownsville Texas, this ___8th___ day of January, 1999.

_____
Filemon B. Vela
United States District Judge