```
IN THE UNITED STATE'S DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF TEXAS,
           BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED
AUG 26 1999
Michael N. Milby, Clerk of Court

RUFUS LOPEZ BARELA, §
    Petitioner §
VS. § CIVIL ACTION NO. B-97-089-CV
 §
GARY L. JOHNSON, §
DIRECTOR OF THE INSTITUTIONAL §
DIVISION OF THE TEXAS DEPT. §
OF CRIMINAL JUSTICE, §
    Respondent §

United States District Court
Southern District of Texas
ENTERED
AUG 27 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

## O R D E R

BE IT REMEMBERED, that on the 26th day of August, 1999, came on to be considered the above and foregoing **SECOND MOTION TO EXTEND THE TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT Fed. R. Civ. P. 56(f) OR FOR SUMMARY DISPOSITION.**

After consideration of the same, it is the opinion of the Court that the same be:

(X) GRANTED, the time to respond to the Respondent's Motion for Summary Judgment should be extended until August 31, 1999.

( ) DENIED, to which ruling the Petitioner excepts.

SIGNED: _____
                JUDGE PRESIDING

6