10

IN THE UNITED STATE'S DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RUFUS LOPEZ BARELA, § | |
| Petitioner § | |
| VS. § | CIVIL ACTION NO. B-97-089-CV |
| § | |
| GARY L. JOHNSON, § | |
| DIRECTOR OF THE INSTITUTIONAL § | |
| DIVISION OF THE TEXAS DEPT. § | |
| OF CRIMINAL JUSTICE, § | |
| Respondent § | |

O R D E R

BE IT REMEMBERED, that on the __5th__ day of __April__, 1999, came on to be considered the above and foregoing **MOTION TO EXTEND THE TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT Fed. R. Civ. P. 56(f) OR FOR SUMMARY DISPOSITION.**

After consideration of the same, it is the opinion of the Court that the same be:

(✓) GRANTED, the time to respond to the Respondent's Motion for Summary Judgment should be extended until July 20, 1999.

(  ) DENIED, to which ruling the Petitioner excepts.

SIGNED: April 5, 1999

_____
JUDGE PRESIDING

5