IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *RUFUS LOPEZ BARELA,* | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-089 |
| | § | |
| *THE STATE OF TEXAS,* | § | |
| Respondent. | § | |
| | § | |

# ORDER

Came on this day to be considered Respondent's Motion to Dismiss the State of Texas and to Substitute Gary L. Johnson as Respondent, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

ORDERED that the respondent's motion is GRANTED and the State of Texas is hereby dismissed as respondent in this action and Gary L. Johnson is substituted as the proper respondent.

SIGNED on this the 26th day of August, 1999.

_____
JUDGE PRESIDING