/3

IN THE UNITED STATE'S DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 26 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| RUFUS LOPEZ BARELA, | § | |
|     Petitioner | § | |
| VS. | § | CIVIL ACTION NO. B-97-089-CV |
| | § | |
| GARY L. JOHNSON, | § | |
| DIRECTOR OF THE INSTITUTIONAL | § | |
| DIVISION OF THE TEXAS DEPT. | § | |
| OF CRIMINAL JUSTICE, | § | |
|     Respondent | § | |

United States District Court
Southern District of Texas
ENTERED

AUG 27 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

O R D E R

BE IT REMEMBERED, that on the 26th day of August, 1999, came on to be considered the above and foregoing **SECOND MOTION TO EXTEND THE TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT Fed. R. Civ. P. 56(f) OR FOR SUMMARY DISPOSITION.**

After consideration of the same, it is the opinion of the Court that the same be:

(✓) GRANTED, the time to respond to the Respondent's Motion for Summary Judgment should be extended until August 31, 1999.

( ) DENIED, to which ruling the Petitioner excepts.

SIGNED:

_____
JUDGE PRESIDING

6