16

IN THE UNITED STATE'S DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 22 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

RUFUS LOPEZ BARELA, §
   Petitioner §
VS. § CIVIL ACTION NO. B-97-089-CV
  §
GARY L. JOHNSON, §
DIRECTOR OF THE INSTITUTIONAL §
DIVISION OF THE TEXAS DEPT. §
OF CRIMINAL JUSTICE, §
   Respondent §

## O R D E R

BE IT REMEMBERED, that on the 21st day of October, 1999, came on to be considered the above and foregoing **MOTION TO EXTEND THE TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT Fed. R. Civ. P. 56(f)**, and **PETITIONER'S MOTION FOR AN EXTENSION OF TEN DAY'S TO RESPOND TO THE MAGISTRATE'S REPORT:**

After consideration of the same, it is the opinion of the Court that the same be:

( ) GRANTED, ~~the time to respond to the Respondent's Motion for Summary Judgment IS extended until 10 13 99~~ **MOOT**

(✓) GRANTED, the time to respond to the Magistrate's Report is extended until ~~10 13 99~~ 11/15/99

( ) DENIED, to which ruling the Petitioner excepts.

DONE AT BROWNSVILLE this 21st day of October, 1999

_____
JUDGE PRESIDING