IN THE UNITED STATE'S DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | |
|---|---|
| RUFUS LOPEZ BARELA, § | |
|     Petitioner § | |
| VS. § | CIVIL ACTION NO. B-97-089-CV |
| § | |
| GARY L. JOHNSON, § | |
| DIRECTOR OF THE INSTITUTIONAL § | |
| DIVISION OF THE TEXAS DEPT. § | |
| OF CRIMINAL JUSTICE, § | |
|     Respondent § | |

United States District Court
Southern District of Texas
ENTERED
NOV 18 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

## O R D E R

BE IT REMEMBERED, that on the 17th day of November, 1999, came on to be considered the above and foregoing **MOTION TO EXTEND THE TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT Fed. R. Civ. P. 56(f)**, and **PETITIONER'S MOTION FOR AN EXTENSION OF ONE DAY TO RESPOND TO THE MAGISTRATE'S REPORT**:

After consideration of the same, it is the opinion of the Court that the same be:

( ) GRANTED, the time to respond to the Respondent's Motion for Summary Judgment IS extended until November 16, 1999.

(✓) GRANTED, the time to respond to the Magistrate's Report is extended until November 18, 1999.

( ) DENIED, to which ruling the Petitioner excepts.

DONE AT BROWNSVILLE this 17th day of November, 1999

_____
JUDGE PRESIDING